IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* VINCENT BEVILACQUA, | ) ) ) |
| Plaintiff/Relator, | ) ) ) ) |
| v. | ) ) |
| CDM SMITH, INC., *et al*, | ) ) ) |
| Defendants | ) |

NO. 1:18-cv-1522 (AJT/JFA)
Filed *Ex Parte* and Under Seal
Pursuant to 31 U.S.C. § 3730(b)

## UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT

The United States, Relator Vincent Bevilacqua ("Relator"), and Defendants CDM Smith Inc., CDM Federal Programs Corporation, and CDM Constructors Inc. ("Defendants") have reached a settlement agreement to resolve this action.

In light of this agreement, and for the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this action for the purposes of settlement.

The United States requests that the Relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. A proposed Order is attached.

Dated: August 21, 2020

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: *Krista Anderson with permission*
KRISTA ANDERSON  *Gerard Mene AUSA*
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3995
Fax: (703) 299-3983
E-mail: krista.anderson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* VINCENT BEVILACQUA,<br><br>　　　　Plaintiff/Relator,<br><br>　　v.<br><br>CDM SMITH, INC., *et al*,<br><br>　　　　Defendants | NO. 1:18-cv-1522 (AJT/JFA)<br>Filed *Ex Parte* and Under Seal<br>Pursuant to 31 U.S.C. § 3730(b) |

## ORDER

The United States, having intervened in this action for the purpose of settlement, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4):

IT IS ORDERED that,

1. the following filings be unsealed: the Relator's Complaint; the United States' Notice of Intervention for Purposes of Settlement, and this Order;

2. all other papers or Orders on file in this matter shall remain under seal; and

3. the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED,

This _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of August 2020, true and correct copies of the foregoing:

United States' Notice of Intervention For Purposes of Settlement
and
[Proposed] Order

were served by Electronic Mail on the following::

Christine Dunn
H. Vincent McKnight
Sanford Heisler Sharp, LLP
700 Pennsylvania Avenue, SE, Suite 300
Washington, D.C. 20003
Telephone: 202.499.5200
Facsimile: 202.449.5199
vmcknight@sanfordheisler.com
cdunn@sanfordheisler.com
Attorneys for Plaintiff/Relator Vincent Bevilacqua

*Krista Anderson with permission*
*Gerard Mene*
*AUSA*
KRISTA ANDERSON
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3995
Fax: (703) 299-3983
E-mail: krista.anderson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SEAL,<br>   Plaintiff,<br><br> v.<br><br>SEAL,<br>   Defendant. | Civil Action No.<br><br>FILED EX PARTE AND UNDER SEAL<br>PURSUANT TO 31 U.S.C. § 3729 *et seq.* |